# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: TRUSTS UNDER THE WILL OF : No. 62 MM 2017
ROBERT L. MONTGOMERY, JR., :
DECEASED :
:
:
:
PETITION OF: H. BEATTY CHADWICK :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.